**Order entered January 2, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00048-CV

### ADRIAN BOOKER AND NICOLE SMITH, Appellants

### V.

### ANISSA MAHMOUDI, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01795-2018**

# ORDER
Before Justices Myers, Osborne, and Myers

Before the Court is appellant Adrian Booker's October 31, 2019 motion to reinstate the appeal. Appellant's motion is **GRANTED**. With respect to appellant Adrian Booker, we **REINSTATE** this appeal. We **VACATE** our opinion and judgment of October 29, 2019 only with respect to Adrian Booker. Because appellant Nicole Smith did not file a motion to reinstate, she is no longer a party to this appeal.

Appellant's brief is due **THIRTY DAYS** from the date of this order. Failure to file a brief within the time specified may result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/     LANA MYERS
        JUSTICE